TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Deborah Aldridge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Aldridge,<br><br>        Plaintiff,<br><br>  vs.<br><br>Grant and Weber, Inc.,<br><br>        Defendant. | Case No.:  2:17-cv-375-JAM-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Grant and Weber, Inc., with prejudice and without costs to either party.

KENT LAW OFFICES

1

1  DATED: April 17, 2017

2                                          By:   */s/   Trinette G. Kent*
3                                          Trinette G. Kent
                                           Attorneys for Plaintiff,
4                                          Deborah Aldridge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28